## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CARLTON DANA PRATT | ) | CHAPTER 7 |
| CHRISTIE ANN PRATT, | ) | CASE NO. 98-20291 |
| | ) | |
| Debtors | ) | |
| *************************** | | |
| CARLTON DANA PRATT | ) | |
| CHRISTINE ANN PRATT, | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING |
| | ) | No. 04- |
| GENERAL MOTORS | ) | |
| ACCEPTANCE CORPORATION | ) | |
| | ) | |
| DEFENDANT | ) | |

## **COMPLAINT**

NOW COME the Debtors, by and through counsel, and complain against Defendant, General Motors Acceptance Corporation, as follows:

1.      Jurisdiction in this matter, pursuant to 28 U.S.C. §1334(a) and (b); venue is appropriate in this District pursuant to 28 U.S.C. §1408.  This is a core proceeding under 28 U.S.C. §157(b)(2)(A), and is further brought under 11 U.S.C. §§524, 105.

2.      The Debtors filed their Chapter 13 Bankruptcy Case on March 4, 1998, which case converted to Chapter 7 on May 10, 1999.

3.      The Debtors listed General Motor Acceptance Corporation as a secured creditor in the Debtors' Schedules.

4.      On June 25, 1999, the Defendant received Relief from Stay, a copy of which is appended hereto as Exhibit A.

5.      Debtors received their Discharge on August 17, 1999, a copy of which is appended hereto as Exhibit B.

6. On October 1, 1999, counsel for Plaintiffs sent a letter to Defendant's counsel regarding the turn-over of the vehicle, a copy of which is appended hereto as Exhibit C.

7. Plaintiffs' counsel received a letter dated October 4, 1999 from Defendant's counsel indicating its decision not to pursue the repossession of the vehicle, a copy of which is appended hereto as Exhibit D.

8. On or about August 10, 2000, Plaintiffs' counsel once again requested the lien release regarding the vehicle, a copy of which is appended hereto as Exhibit E.

9. Plaintiffs' counsel, once again, requested the lien release so that it could dispose of the vehicle by letter to GMAC Asset Recovery Center dated December 17, 2003, a copy of which is appended hereto as Exhibit F.

10. Plaintiffs' telephonically requested from Defendant the lien release, but Defendant refused to provide the release unless it was paid.

11. Plaintiffs have not been able to dispose of the vehicle without the lien release from Defendant.

12. Defendant's actions, and through its representatives, are willful, malicious, and or in reckless disregard of 11 U.S.C. §524, and the Bankruptcy Code generally.

13. Defendant's actions, through its representatives, demonstrate Defendant's intention to violate 11 U.S.C. §524.

14. Plaintiffs are entitled to receive from Defendant actual damages, including costs and attorneys fees, and punitive damages from Defendant in this matter pursuant to 11 U.S.C. §§524 and 105.

WHEREFORE, Plaintiffs pray that this Court sanction Defendant, award such actual damages, including costs, attorneys fees and punitive damages as are appropriate, and grant such other and further relief as this Court deems just and reasonable.

Dated at Saco, Maine, this 3rd day of February, 2004.

JAMES F. MOLLEUR, LLC

By:  /s/ James F. Molleur, Esq.
James F. Molleur, Esq.
Counsel for Debtor(s)
P.O. Box 619, 209 Main St., Suite 104
Saco, ME  04072-0619

(207) 283-3777

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CARLTON DANA PRATT ) | CHAPTER 7 |
| CHRISTIE ANN PRATT, ) | CASE NO. 98-20291 |
| ) | |
| Debtors ) | |
| ************************** | |
| CARLTON DANA PRATT ) | |
| CHRISTINE ANN PRATT, ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| vs. ) | ADVERSARY PROCEEDING |
| ) | No. 04- |
| GENERAL MOTORS ) | |
| ACCEPTANCE CORPORATION ) | |
| ) | |
| DEFENDANT ) | |

## CERTIFICATE OF SERVICE

I, James F. Molleur, Esq., hereby certify that I am over eighteen years old and caused a true and correct copy of a Complaint to be served on the parties at the addresses set forth on the Service List attached hereto either via electronically or via facsimile and first class U.S. Mail, postage prepaid.

Dated at Saco, Maine, this 6th day of February, 2004.

JAMES F. MOLLEUR, LLC

By: /s/ James F. Molleur, Esq.
James F. Molleur, Esq.
Counsel for Debtor(s)
P.O. Box 619, 209 Main St., Suite 104
Saco, ME  04072-0619
(207) 283-3777

**SERVICE LIST**

| | |
|---|---|
| John C. Turner, Trustee. | Served electronically |
| | |
| Robert Checkoway, Esq. | Served electronically |
| U.S. Trustee's Office | |

| | |
|---|---|
| F. Bruce Sleeper, Esq. | Served electronically |
| GMAC Asset Recovery Center<br>P.O. Box 7041<br>Troy, MI  48007 | Served via U.S. Mail |
| Carlton & Christie Pratt<br>35 Water St., Apt. 204B<br>Saco, ME  04072 | Served via U.S. Mail |