**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Carlton Dana Pratt | ) | Case No. 98-20291 |
| and | ) | |
| Christie Ann Pratt, | ) | |
| | ) | |
| Debtors | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| | ) | |
| Carlton Dana Pratt | ) | |
| and | ) | |
| Christie Ann Pratt, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 04-02007 |
| | ) | |
| General Motors Acceptance | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Final Order

For the reasons set forth in the memorandum of decision dated this date, judgment shall, and hereby does, enter for the defendant in this adversary proceeding.

| | |
|---|---|
| April 15, 2005 | /s/ James B. Haines, Jr. |
| Date | James B. Haines, Jr. |
| | U.S. Bankruptcy Judge |