UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

```
* * * * * * * * * * * * * * * * *
In re:                          *
                                *
Carlton Dana Pratt,             *        Chapter 7
Christie Ann Pratt,             *        Case No. 98-20291
                                *
       Debtors                  *
* * * * * * * * * * * * * * * * *
Carlton Dana Pratt,             *
Christie Ann Pratt,             *
Debtors                         *
                                *
       Plaintiffs               *
v.                              *        Adv. Proc. No. 04-02007
                                *
General Motors Acceptance       *
Corporation                     *
                                *
       Defendant                *
* * * * * * * * * * * * * * * * *
```

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Fed. Bankr. R. 7041, hereby stipulate to the dismissal with prejudice of the above-captioned adversary proceedings, including all claims and counterclaims made therein.

Dated: 2/15/2007                       /s/ James F. Molleur
                                       James F. Molleur, Esquire
                                       Attorney for Plaintiffs

P.O. Box 619, 209 Main St., Suite 104
Saco, ME  04072-0619
 (207) 283-3777

Dated: 2/15/2007 /s/ F. Bruce Sleeper
F. Bruce Sleeper, Esquire
Attorney for Defendant

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, Maine  04112
(207) 775-7271

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Stipulation has, on February 15, 2007, been served electronically on each of the parties listed on the Notice of Electronic Filing.

/s/ F. Bruce Sleeper_____
F. Bruce Sleeper, Esquire
Attorney for General Motors Acceptance
Corporation

- 2 -